1  MARK JOSEPH KENNEY (State Bar No. 87345)
   BRIAN S. WHITTEMORE (State Bar No. 241631)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
4  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
5
   Attorneys for Defendant
6  BANK OF AMERICA, N.A.

7

8              UNITED STATES DISTRICT COURT

9         EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION

10

11 | DAVID M. TRAPANI,                        | Case No. 16-cv-01967-MCE-DB |
12 |            Plaintiff,                    | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANTS; ORDER THEREON** |
13 |      vs.                                 | |
14 | BANK OF AMERICA, N.A. and TRANS UNION LLC, | The Hon. Morrison C. England, Jr. |
15 |            Defendant.                    | Action Filed:   August 19, 2016  Trial Date:      None Set |
16

17

18

19

20

21

22

23

24

25

26

27

28

1 **TO THE COURT, CLERK OF COURT AND ALL PARTIES:**

2     IT IS HEREBY STIPULATED by and between plaintiff DAVID M. TRAPANI

3 ("Plaintiff") and defendants BANK OF AMERICA, N.A. and TRANS UNION LLC,

4 ("Defendants") that: that this matter be dismissed without prejudice, with each party to bear its

5 own attorneys' fees and costs.

6 DATED: September 1, 2016        ANDERSON OLIVERIE & BREWER

8                                  By:    */s/* Mark R. Anderson
                                          Mark R. Anderson

10                                 Attorneys for Plaintiff
                                   DAVID M. TRAPANI

11 DATED: September 1, 2016        SEVERSON & WERSON
12                                 A Professional Corporation

14                                 By:    */s/* Brian S. Whittemore
15                                        Brian S. Whittemore

16                                 Attorneys for Defendant
17                                 BANK OF AMERICA, N.A.

18 DATED: September 1, 2016        JACOBSEN & MCELROY

20                                 By:    */s/* Elieen T. Booth
                                          Elieen T. Booth

22                                 Attorneys for Defendant
                                   TRANS UNION, LLC

24     I, Brian S. Whittemore, am the ECF user whose identification and password are being used

25 to file this Stipulation.

27                                        */s/* Brian S. Whittemore
                                          Brian S. Whittemore

28

**ORDER**

Pursuant to the stipulation of the Parties, and good cause appearing this case is hereby dismissed, each side to bear its own costs and attorney's fees.  The matter having now been concluded in its entirety, the Clerk of Court is directed to closed the file.

**IT IS SO ORDERED**.

DATED:  September 2, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE